**No. 61333.**—S. Farber & Sons et al. *v.* United States, protests 140924–K, etc. (New York).

Opinion by WILSON, J.   In accordance with stipulation of counsel that the merchandise consists of fox skins similar in all material respects to those the subject of *United States* v. *O. Brager-Larsen* (36 C. C. P. A. 1, C. A. D. 388) or *Sam Forwand Co.* v. *United States* (37 Cust. Ct. 232, C. D. 1829), the claim of the plaintiffs was sustained.

**No. 61334.**—Adolph Goldmark & Son Corp. et al. *v.* United States, protests 278635–K, etc. (New York).

Opinion by WILSON, J.   In accordance with stipulation of counsel that the merchandise consists of sprats in oil similar in all material respects to those the subject of *Arnold Sorensin Co., Inc., et al.* v. *United States* (38 Cust. Ct. 199, C. D. 1862), the claim of the plaintiffs was sustained.

BEFORE THE SECOND DIVISION, NOVEMBER 13, 1957

**No. 61335.**—Barnett International Forwarders, Inc., et al. *v.* United States, protests 257109–K, etc. (New York).

Opinion by RAO, J.   In accordance with stipulation of counsel that the merchandise consists of papers with coated surface or surfaces, which are not embossed or printed otherwise than lithographically, nor wholly or partly covered with metal or its solutions, nor with gelatin, linseed oil cement, or flock, the claim of the plaintiffs was sustained.